# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGSTREET'S DELICATESSEN, FINE WINES & SPECIALTY COFFEES, L.L.C., a Virginia Company; SHARON L. WINTORY, an individual; and ELLEN ANSOLABEHERE, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JERRY R. JOLLY, DIRECTOR, California Alcoholic Beverage Control Board,<br><br>　　　　Defendant. | Case No.: 1:06-cv-00986-OWW-DLB<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER GRANTING PLAINTIFFS LEAVE TO FILE AN OVERSIZED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DECLARATORY RELIEF**<br><br>[AFFIDAVIT OF MATTHEW S. HALE IN SUPPORT OF THIS APPLICATION FILED CONCURRENTLY] |

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4   The Court, having reviewed the Affidavit of Matthew S. Hale hereby GRANTS Plaintiffs' ex parte application for leave to file an oversized memorandum of points and authorities of 40 or less pages in support of Plaintiffs' motion for summary judgment and declaratory judgment.

5   IT IS ORDERED:

6   1.  Plaintiffs may file an oversized memorandum of points and authorities of 40 or
7       less pages in support of their motion for summary judgment and declaratory
8       judgment.

9   2.  Plaintiffs' previously filed Affidavits, and Separate Statement of Uncontroverted
10      Facts, etc. filed in support of their prior Motion for Summary Judgment need not
11      be refilled and may be considered in connection with Plaintiffs' revised and
12      shortened Motion for Summary Judgment.

Dated: 9/7/06                    _/s/ Oliver W. Wanger_____
                                 UNITED STATES DISTRICT JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com