UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGSTREET'S DELI, etc.,<br><br>             Plaintiff,<br><br>     v.<br><br>JERRY R. JOLLY,<br><br>             Defendant.<br>_____ | 1:06-CV-0986 OWW DLB<br><br>ORDER DISMISSING ACTION<br>FOR LACK OF PROSECUTION |

    It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

        IT IS ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   May 6, 2008**           /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

1